HENRY TRATZ, Respondent, v. ALLEGRA LOVE, Appellant.—Order modified so as to provide that the examination be limited to the speed and control of the car, and as so modified affirmed, without costs; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

JANE WHEELER, Appellant, v. WILLIAM E. ANDERSON, INC., and Others, Respondents.—Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

FRANCIS ZYDERVELD, Appellant, v. ANNA ZYDERVELD, Respondent.—Judgment reversed on the law and a new trial granted upon the ground that prejudicial error was committed in the rulings and comments of the court appearing at folios 476 to 488. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

In the Matter of the Application of DANIEL P. McDONALD for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

## FOURTH DEPARTMENT, APRIL, 1933.

ALFRED F. DENISE, Appellant, v. LAWRENCE T. WELCH and Others, Respondents.

PER CURIAM. We feel constrained by precedent to reverse the judgment appealed from. We have examined the records and briefs in the appeal taken to this court in *Pfanmiller* v. *Groesbeck* (68 App. Div. 651), and find the determination in that case to be a direct authority in opposition to the view taken by the learned trial court in the instant case. The same statute is involved, the employees there being professional baseball players instead of hockey players as here. We grant a new trial for the reason that two important questions remain undetermined, viz.: (1) Whether or not all or some of the defendants were stockholders in the corporation, and (2) whether or not the statutory notice was served upon defendants. All concur except Sears, P. J., and Crosby, J., who dissent and vote for affirmance. Judgments reversed on the law and a new trial granted, with costs to abide the event.

---

* Affd., 263 N. Y. 551.